UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OBERIST LEE SAUNDERS, JR.,

    Plaintiff,

v.                                            Case No. 6:09-cv-538-Orl-28GJK

LT. RONALD SHAW, et al.,

    Defendant.

## ORDER

Plaintiff has filed a Motion for Reconsideration (Doc. No. 136), asking the Court to reconsider its Orders denying his motion for appointment of counsel (Doc. Nos. 8 & 77). The interests of justice do not warrant appointment of counsel in this case at this time. The Court determines that there are no exceptional circumstances, such as novel or complex facts and legal issues, in this action necessitating the appointment of counsel. *See Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). This is not a complex case and does not raise any new or novel legal issues or facts. Further, from the pleadings filed in this case, Plaintiff has shown he is capable of prosecuting this action on his own and litigating this action *pro se*. In the event that the Court determines that an evidentiary hearing is necessary or that a trial is warranted, the motion will be reconsidered at that time. Accordingly, Plaintiff's Motion for Reconsideration (Doc. No. 136) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this 23 day of February, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 2/23
Oberist Lee Saunders, Jr.
Counsel of Record