UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OBERIST LEE SAUNDERS, JR.,

      Plaintiff,

v.                                     CASE NO. 6:09-cv-538-Orl-28GJK

LT. RON SHAW, et al.,

      Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 2, 2011, Plaintiff filed a Motion to Voluntarily Dismiss and Re-file Complaint (Doc. No. 156). Specifically, Plaintiff asks that his case be dismissed so that he can re-file a complaint against all of the Defendants involved in the December 8, 2008 and December 11, 2008 incidents that are at issue in this case.[1] The motion is hereby **GRANTED**. The Court notes that Plaintiff should be certain to file his new action before the application statute of limitations runs. *See City of Hialeah v. Rojas,* 311 F.3d 1096, 1103 n.2 (11th Cir. 2002) (citations omitted) (finding claims brought pursuant to section 1983 in federal courts are "governed by the forum state's residual personal injury statute of limitations, which in Florida is four years."); *Grace v. Wainwright,* 761 F. 1520, 1526 (M.D.

---

[1] On March 3, 2011, this Court denied Plaintiff's Motion for Joinder of Parties and Motion for Joinder of Claims, finding Plaintiff's delay in adding parties and claims would cause undue prejudice, expense, and unnecessary delay in this case (Doc. No. 143). On May 19, 2011, the Court then denied Plaintiff's Motion for Reconsideration but stated that Plaintiff could voluntarily dismiss the instant case and file a new action that included the ten new Defendants (Doc. No. 153).

Fla. 1991); *see also* § 95.11(3)(a), Fla. Stat. (stating that actions founded on negligence shall be commenced within four years)[2].   Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), it is **ORDERED**:

    1.    This case is **DISMISSED WITHOUT PREJUDICE.**

    2.    The Clerk of the Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida, this 9 day of June, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 6/7
Oberist Lee Saunders, Jr.
Counsel of Record

---

[2]Section 35.11(3)(o), Florida Statutes, also states that actions for assault, battery, false arrest, malicious prosecution, malicious interference, false imprisonment, or any other intentional tort, except as provided, must be commenced within four years.